Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:     725-248-2907

*Attorneys for Defendant*
*LM General Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS BROWN, an individual,<br><br>Plaintiff<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE, a foreign corporation; LM GENERAL INSURANCE COMPANY aka LIBERTY MUTUAL, a foreign corporation; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | CASE NO.:  2:21-cv-00892-CDS-EJY<br><br>**EMERGENCY STIPULATION AND ORDER TO SUBMIT THIS MATTER TO BINDING ARBITRATION AND VACATE SETTLEMENT CONFERENCE SET FOR JANUARY 31, 2023** |

Plaintiff MARCUS BROWN, Defendant CSAA GENERAL INSURANCE COMPANY dba AAA INSURANCE and Defendant LM GENERAL INSURANCE COMPANY aka LIBERTY MUTUAL, by and through their undersigned attorneys, have here before stipulated and agreed to submit this matter to private binding arbitration before Judge Nancy Saitta.

This agreement to place this matter into binding arbitration comes after several weeks of good faith negotiation between the parties.  The agreement was finally reached on January 30, 2023, and as such, good faith and excusable neglect exist for the parties' current request.  The details of the binding arbitration agreement are set forth below.

The parties hereby further stipulate, by and through their undersigned attorneys, as follows:

1.      That the parties hereby voluntarily relinquish their rights to a trial de novo and that the Arbitrator's decision in this matter shall be binding upon the parties;

2.      That the Arbitrator's Award shall be "capped" at the policy limits of the carriers and that said limits shall be the maximum amount the Plaintiff may recover from Defendants CSAA GENERAL INSURANCE COMPANY ("CSAA") and LM GENERAL INSURANCE COMPANY("LM"), no matter that the Arbitration Award may be in excess of said amount. The priority of coverage for recovery under any Arbitrator's Award shall be that the CSAA insurance policy is primary, and the LM insurance policy is excess.

3.      That the Arbitrator's Decision and Award shall be dispositive of the issues of liability and damages. All other issues are expressly waived.

4.      The Arbitrator shall not be informed of policy limits or of the caps contained herein.

5.      That the parties agree to waive any recovery of attorney's fees, costs or pre-judgment interest.

6.      The parties expressly waive bad faith, extra-contractual claims, priority of coverage and punitive damages claims. These claims are waived with prejudice.

7.      That the fee charged by the Arbitrator shall be shared equally by the parties.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    8.    That discovery for this matter has been completed; furthermore, the Arbitrator shall

2  have the authority to resolve all legal and factual matters necessary to resolve this matter.

3  Dated:  January 30, 2023

4  LADAH LAW FIRM.                                CLYDE & CO LLP

5

6  /s/ Anthony L. Ashby                           /s/ Dylan Todd
   Anthony L. Ashby (NV Bar No. 4911)            Amy M. Samberg (NV Bar No. 10212)
7  litigation@ladahlaw.com                        amy.samberg@clydeco.us
   517 S. Third Street                            Dylan P. Todd (NV Bar No. 10456)
8  Las Vegas, NV  89101                           dylan.todd@cyldeco.us
   Telephone: 702-252-0055                        7251 W. Lake Mead Blvd., Suite 430
9                                                 Las Vegas NV  89128
                                                  Telephone: 725-248-2900
10 Attorneys for Plaintiff                        Facsimile:    725-248-2907
   Marcus Brown
11                                                Attorneys for Defendant
                                                  LM General Insurance Company
12 CURRIDEN & CLAYSON

13

14 /s/ David R. Clayson
   David R. Clayson (NV Bar No. 2826)
15 David.Clayson@csaa.com
   7201 W Lake Mead Blvd.,Ste 580
16 Las Vegas, NV 89128
   Telephone: 702-870-7188
17

18 Attorneys for Defendant
   CSAA General Insurance Company
19

20      IT IS SO ORDERED.

21      IT IS FURTHER ORDERED that the settlement conference scheduled for January 31,

22 2023, before Magistrate Judge Elayna J. Youchah is VACATED.

23      IT IS FURTHER ORDERED that this matter is stayed pending the outcome of

24 binding arbitration. The parties must submit the final judgment, or a joint status report

25 addressing the status of arbitration, within 30 days of the arbitration's conclusion.

26

27                              UNITED STATES DISTRICT JUDGE
28                              DATED: January 30, 2023

- 3 -

CLYDE & CO US LLP

1  Amy M. Samberg (NV Bar No. 10212)
   amy.samberg@clydeco.us
2  Dylan P. Todd (NV Bar No. 10456)
   dylan.todd@cyldeco.us
3  CLYDE & CO US LLP
   7251 W. Lake Mead Blvd., Suite 430
4  Las Vegas NV  89128
   Telephone: 725-248-2900
5  Facsimile:    725-248-2907

6  *Attorneys for Defendant*
7  *LM General Insurance Company*

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICE OF NEVADA**

10  MARCUS BROWN, an individual,          CASE NO.:  2:21-cv-00892-CDS-EJY

11              Plaintiff,               **DECLARATION OF DYLAN TODD
                                          IN SUPPORT OF EMERGENCY**
12  v.                                   **STIPULATION AND ORDER TO
                                          SUBMIT THIS MATTER TO**
13  CSAA GENERAL INSURANCE COMPANY       **BINDING ARBITRAITON AND**
    dba AAA INSURANCE, a foreign corporation;  **VACATE SETTLEMENT**
14  LM GENERAL INSURANCE COMPANY aka     **CONFERENCE SET FOR**
    LIBERTY MUTUAL, a foreign corporation;  **JANUARY 31, 2023**
15  DOES I through X; and ROE BUSINESS
    ENTITIES I through X, inclusive,
16
17              Defendants.
18

19          I, Dylan P. Todd, declare and state as follows:

20          1.      I am a Senior Counsel with Clyde & Co US LLP, counsel for Defendant LM General

21  Insurance Company ("LM") in the above-captioned matter.  I have personal knowledge of the facts

22  contained in this Declaration.

23          2.      I make this declaration in accordance with Local Rule 7-4.

24          3.      The nature of the emergency is that there is a settlement conference scheduled for

25  the tomorrow January 31, 2023, that the parties wish to vacate due to their recent agreement to

26  submit the matter to binding arbitration.

27          4.      The names and addresses of the attorney are as follows:

28

- 1 -

  a. Dylan Todd, counsel for LM, 7251 West Lake Mead Boulevard, Suite 430, Las Vegas, Nevada 89128. Telephone number: 725-248-2883

  b. David Clayson, counsel for CSAA, 7201 West Lake Mead Boulevard, Suite 580, Las Vegas, Nevada 89129. Telephone number: 702-822-9505

  c. Anthony Ashby, counsel for Plaintiff, 517 South Third Street, Las Vegas, Nevada 89101.  Telephone number: 702-252-0055

 5. I certify that the parties have meet and conferred over several weeks to come to an agreement to submit this matter to binding arbitration, and that this agreement was only just reached at or around 2pm on Monday, January 30, 2023.  The parties also agreed that the stipulation should be presented to the Court on emergency status so that the Court could be apprised of the agreement as soon as possible and potentially approve the stipulation and excuse the parties from attendance at the settlement conference scheduled for January 31, 2023.

 6. Concurrent with this motion my office is contacting the courtroom administrators for the assigned magistrate to advise of the stipulation pursuant to LR 7-4(d).

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 Executed January 30, 2023 at Las Vegas, Nevada.


    */s/ Dylan P. Todd*
    DYLAN P. TODD

CLYDE & CO US LLP

- 2 -