UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marcus Brown, | Case No.: 2:21-cv-00892-CDS-EJY |
| Plaintiff | |
| v. | **Order Approving Stipulation to Amend Judgment** |
| CSAA General Insurance Company, et al., | [ECF No. 37] |
| Defendants | |

The parties stipulate to amend the judgment to reflect the amount awarded by the arbitrator. ECF No. 37. They represent that the current judgment contains an error as it was entered in the amount of $64,408.38, instead of $68,403.38, as awarded by the arbitrator. *Id.* The parties cite to an attached exhibit, but no exhibit is attached to the stipulation. Nevertheless, a review of the record reveals that there is a clerical error in the judgment. ECF Nos. 35, 36.

IT IS THEREFORE ORDERED that the stipulation to amend final judgment **[ECF No. 37] is GRANTED**. The Clerk of Court is kindly instructed to enter an amended judgment in the amount of **$68,403.38** to defendant CSAA General Insurance Company with no liability to defendant LM General Insurance Company.

DATED: December 14, 2023

_____
Cristina D. Silva
United States District Judge